

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00494-CR
### NO. 02-10-00495-CR

KATRINA EVETTE REED                                                      APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

----------

## FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Katrina Evette Reed attempts to appeal from two judgments convicting her of theft of property under $1500 and sentencing her to one year's confinement in state jail. Each of the trial court's certifications state that this "is a plea-bargained case and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On November 10, 2010, we notified Reed that the trial court's

---

[1]*See* Tex. R. App. P. 47.4.

certifications of her right to appeal had been filed in this court and that the appeals would be dismissed unless she or any party desiring to continue the appeals filed a response on or before November 22, 2010, showing grounds for continuing the appeals. *See* Tex. R. App. P. 25.2(d). We have received no response. Therefore, in accordance with the trial court's certifications, we dismiss these appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 13, 2011